AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| SOLAR PASTE, LLC, <br><br> *Plaintiff(s)* <br> v. <br> CHANGZHOU FUSION NEW MATERIAL CO., LTD., RISEN SOLAR CO., LTD. and RISEN ENERGY AMERICA, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Risen Energy America, Inc.
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kaan Ekiner
Cozen O'Connor
1201 North Market Street
Suite 1001
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Solar Pasta, LLC, et. al., Plaintiff(s)
vs.
Changzhou Fusion New Material Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 160427-0061

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Risen Energy America, Inc, c/o Harvard Business Services, Inc
Court Case No. 1:21-cv-01257-UNA

COZEN O'CONNOR
Mr. Mark Bocsi
3 World Trade Center
175 Greenwich Street - 55th Floor
New York, NY 10007

State of: Delaware ) ss.
County of: Sussex )

Name of Server: Robert DeLacy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7 day of September, 20 21, at 11:50 o'clock A M

Place of Service: at 16192 Coastal Highway, in Lewes, DE 19958

Documents Served: the undersigned served the documents described as:
Summons; Complaint For Patent Infringement; Exhibit A; Exhibit B; Exhibit C;
Exhibit D; Exhibit E; Magistrate Consent Notice

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Risen Energy America, Inc, c/o Harvard Business Services, Inc

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Gary Damiani, Authorized to Accept Service

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Caucasian ; Hair Color Bald ; Facial Hair Goatee
Approx. Age 40 ; Approx. Height 5'7 ; Approx. Weight 170 lbs

X   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 7 day of Sept, 20 21.

Notary Public (Commission Expires)

APS International, Ltd.

GEORGE H. COVERT
MY COMMISSION EXPIRES FEB. 13, 2022
NOTARY PUBLIC STATE OF DELAWARE